COLUMBUS R. CUMMINGS *et al.*

*v.*

THE UNION ELEVATED RAILROAD COMPANY.

*Opinion filed November 8, 1897.*

The questions involved in this case have been disposed of in the opinion rendered in *Doane* v. *Lake Street Elevated Railroad Co.* 165 Ill. 510, and the decision in that case controls here.

*Cummings* v. *Union Elevated Railroad Co.* 64 Ill. App. 534, affirmed.

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. M. F. TULEY, Judge, presiding.

GREEN, ROBBINS & HONORE, for appellants.

JOHN P. WILSON, and KNIGHT & BROWN, for appellee.

Per CURIAM:   This case is in all respects the same as *Doane* v. *Lake Street Elevated Railroad Co.* 165 Ill. 510.   The briefs filed are the same in substance as in that case and in *Phelps* v. *Lake Street Elevated Railroad Co.* 165 Ill. 526. (*Phelps* v. *Union Elevated Railroad Co.* 166 Ill. 131.)

The questions involved in this case have been disposed of in the cases referred to *supra.*   The judgment of the Appellate Court is accordingly affirmed.

*Judgment affirmed.*